## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No: 2:23-cr-00077-JAW |
| NICHOLE BACHELDER | |

## PROSECUTION VERSION

If this case were to proceed to trial, the United States would prove the following facts beyond a reasonable doubt:

On about October 19, 2022, NICHOLE BACHELDER, the defendant, visited G3 Firearms in Turner, Maine ("G3"). G3 is a Federal Firearms Licensee ("FFL") and a firearms dealer within the meaning if Chapter 44, Title 18, United States Code, Section 923. The defendant attempted to purchase a Glock, model 26, 9mm pistol, serial number ADGU067 (the "Subject Firearm") from G3. In connection with her attempted purchase, defendant executed ATF Form 4473, Firearms Transaction Record, which is required to be completed when a person proposes to purchase a firearm from a FFL.

On the Form 4473, the defendant falsely affirmed as true, correct, and complete in Section B, Box 10, that her current residence was in Livermore Falls, Maine, when in fact, the defendant did not reside there.  On Question 21(a) on ATF Form 4473, the defendant falsely affirmed as true, correct, and complete, that she was the "actual transferee/buyer" of the Subject Firearm, when in fact, she was purchasing the Subject Firearm on behalf of a coconspirator ("CC-1") with funds supplied to her by the CC-1. Also in the Form 4473, Defendant misrepresented as true, correct, and complete in Section B, Box 21.e, that she was not an unlawful user of, or addicted to, any controlled

substance, when in fact, the defendant was then an unlawful user of cocaine base, a Schedule II controlled substance.

During subsequent interviews with ATF agents, the defendant admitted that she sought to purchase the Subject Firearm at CC-1's behest with funds provided by CC-1, that CC-1 had offered to pay her $100 for straw-purchasing the Subject Firearm, and that she had previously purchased cocaine base from CC-1, whom she knew to be a drug dealer.

Defendant therefore made false statements on her ATF Form 4473.

| | |
|---|---|
| Date: January 18, 2024 | Respectfully submitted, |
| | Darcie N. McElwee<br>United States Attorney |
| | /s/Noah Falk<br>Noah Falk<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>100 Middle Street<br>Portland, ME 04101<br>Noah.Falk@usdoj.gov |

## CERTIFICATE OF SERVICE

    I hereby certify that on January 18, 2024, I electronically filed the Prosecution Version with the Clerk of Court using the CM/ECF system which will send notifications of such filing to all counsel of record.

|  |  |  |
|---|---|---|
| | By: | /s/Kate Whalen |
| | | Kate Whalen |
| | | Paralegal Specialist |
| | | |
| On Behalf Of: | | Noah Falk |
| | | Assistant United States Attorney |
| | | U.S. Attorney's Office |
| | | 100 Middle Street Plaza, East Tower |
| | | Portland, ME 04101 |
| | | (207) 780-3257 |
| | | Noah.Falk@usdoj.gov |